UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12788
    MURIEL Y FLOYD
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8980


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 10/07/2006 and was confirmed 04/23/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

        The case was dismissed after confirmation 09/10/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | SECURED NOT I | .00 | .00 | .00 |
| ABN AMRO MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LASALLE NATIONAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE NATIONAL BANK | SECURED NOT I | .00 | .00 | .00 |
| AVCO FINANCE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CATHERINE TAPE RESORT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CBUSASEARS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHASE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ER SOLUTION | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FIRST AMERICAN INVESTMEN | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 232.51 | .00 | .00 |
| RECOVERY MANAGEMENT SYST | UNSEC W/INTER | 154.93 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 653.82 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 666.34 | .00 | .00 |
| NORDSTROM | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ODPT CBSD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ODPT CBSD | UNSEC W/INTER | NOT FILED | .00 | .00 |
| GREAT SENECA | UNSEC W/INTER | 1169.21 | .00 | .00 |
| CBUSASEARS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSEC W/INTER | 10716.84 | .00 | .00 |
| WFNNB NEW YORK & COMPANY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSEC W/INTER | 1942.58 | .00 | .00 |
| ABN AMRO MORTGAGE GROUP | NOTICE ONLY | NOT FILED | .00 | .00 |
| LVNV FUNDING LLC | UNSEC W/INTER | 481.80 | .00 | .00 |

```
LVNV FUNDING LLC          UNSEC W/INTER     234.36              .00              .00
LVNV FUNDING LLC          UNSEC W/INTER     532.87              .00              .00
LVNV FUNDING LLC          UNSEC W/INTER     661.97              .00              .00
ILLINOIS DEPARTMENT OF R  UNSEC W/INTER        .00              .00              .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY      2,988.00                         2,011.07
TOM VAUGHN                TRUSTEE                                             132.93
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  2,144.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  2,011.07
TRUSTEE COMPENSATION                              132.93
DEBTOR REFUND                                        .00
                       ---------------     ---------------
TOTALS                   2,144.00             2,144.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

```